THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
George Trevino,       
Appellant.
 
 
 

Appeal From Newberry County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-251
Submitted January 29, 2003  Filed April 
 3, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; William Townes Jones, of Greenwood; for Respondent.
 
 
 

PER CURIAM: George Trevino was convicted 
 of voluntary manslaughter and possession of a firearm during the commission 
 of a violent crime.  He received concurrent sentences of twenty-eight years 
 imprisonment for manslaughter and five years for the weapons charge.  Trevino 
 appeals, arguing the trial judge issued improper jury instructions.  Appellate 
 counsel has filed a final brief and a petition to be relieved.  Trevino did 
 not file a pro se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.